## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 336 WAL 2018

           Respondent          :

                      :   Petition for Allowance of Appeal from

                      :   the Order of the Superior Court

            v.           :

                      :

                      :

RICHARD A. MCANULTY,          :

                      :

            Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.